TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Dawn Clay

FILED

SEP 1 8 2014

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dawn Clay,<br><br>        Plaintiff,<br><br>    vs.<br><br>Frontier Financial Group ; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 1:14-cv-01139-AWI-SMS<br><br>**VOLUNTARY WITHDRAWAL** |

1:14-cv-01139-AWI-SMS                                    VOLUNTARY WITHDRAWAL

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Dawn Clay ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: _/s/ Trinette G. Kent_

Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Dawn Clay

IT IS SO ORDERED:

9-18-19

Honorable _____

2